UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
2025 JUL -9 P 1:1
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT NO. |
| | ) | |
| v. | ) | 18 U.S.C. § 922(g)(5) |
| | ) | Receipt of Firearms by an Illegal |
| JEFFERSON FLORES-PADILLA and | ) | Alien |
| SINDI MENCIAS-ESCOBAR | ) | |
| | ) | 18 U.S.C. § 922(g)(5) |
| | ) | Shipping of Firearms by an |
| | ) | Illegal Alien |

THE GRAND JURY CHARGES THAT:

CR425-082

**COUNT ONE**
*Receipt of Firearms by an Illegal Alien*
18 U.S.C. § 922(g)(5)

In or around October of 2023, in the Savannah Division of the Southern District of Georgia, the Defendants,

**JEFFERSON FLORES-PADILLA and**
**SINDI MENCIAS-ESCOBAR,**

aided and abetted by each other, knowing that they were aliens illegally and unlawfully present in the United States, did knowingly receive and possess, in and affecting commerce, firearms that had been transported in interstate and foreign commerce, to wit, multiple AR-15-style lower receivers and Glock pistols.

All in violation of Title 18, United States Code, Sections 922(g)(5) and 2.

**COUNT TWO**
*Shipping of Firearms by an Illegal Alien*
18 U.S.C. § 922(g)(5)

On or about February 29, 2024, in the Savannah Division of the Southern District of Georgia, the Defendants,

**JEFFERSON FLORES-PADILLA and**
**SINDI MENCIAS-ESCOBAR,**

aided and abetted by each other, knowing that they were aliens illegally and unlawfully present in the United States, did knowingly ship and transport firearms in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(5) and 2.

## FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c). Upon conviction of one or more of the offenses set forth in this Indictment, the Defendants, **JEFFERSON FLORES-PADILLA and SINDI MENCIAS-ESCOBAR,** shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offenses.

If any of the property described above, as a result of any act or commission of the Defendants:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A True Bill.

Foreperson

Tara M. Lyons
Acting United States Attorney

Timothy P. Dean
Assistant United States Attorney
*Lead Counsel

Tania D. Groover
Assistant United States Attorney
Chief, Criminal Division