**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

UNITED STATES OF AMERICA,

    v.

JEFFERSON FLORES-PADILLA, and
SINDI MENCIAS-ESCOBAR,

    Defendants.

CASE NO.: 4:25-cr-82

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's February 17, 2026, Report and Recommendation, (doc. 59), to which no party has filed objections.   Accordingly, the Court **ADOPTS** the Report and Recommendation, (doc. 59), as the opinion of the Court.   Defendant Mencias-Escobar's Motion to Dismiss is **DENIED, in part**, and **DISMISSED, in part**, as withdrawn, (see doc. 60, p. 1).   (Doc. 34.)   Defendant Mencias-Escobar's Motion to Exclude Involuntary Statements is **DENIED**.   (Doc. 37.)   Pursuant to the Magistrate Judge's Order, the Defendants' motions to exclude the Government's expert witnesses remain pending before the Magistrate Judge.   (Docs. 35, 36, 38, 60, 61 & 62.)

    **SO ORDERED**, this 13th day of March, 2026.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA